NOT FOR PUBLICATION                                                                CLOSE

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| BOBBI LANDROCK, individually and on behalf of the ESTATE OF CHRISTINA MANLEY, <br>                Plaintiffs, <br><br> v. <br><br> ALISON PACK, M.D., COLUMBIA COMPREHENSIVE EPILEPSY CENTER, NEUROLOGICAL INSTITUTE, JOHN DOE 1-10 and/or DOE CORPORATION 1-0, <br>                Defendants. | **ORDER** <br><br> No. 2:13-cv-2791 (WHW-CLW) |

**WHEREAS**, on June 9, 2015, the Court issued an Order to Show Cause why this action should not be dismissed for failure to serve the Defendants. ECF No. 12. Plaintiffs have not responded to the Order. Both the Federal Rules of Civil Procedure and a court's inherent authority to control its docket empower a district court to dismiss a case as a sanction for failure to follow procedural rules or court orders. *See* Fed. R. Civ. P. 41(b); *Knoll v. City of Allentown*, 707 F.3d 406, 409 (3d Cir. 2013) (citing *Link v. Wabash R.R. Co.*, 370 U.S. 626, 629-30 (1962)).

It is hereby **ORDERED** that this action is dismissed.

DATE: 11 August 2015

Hon. William H. Walls
United States Senior District Judge